United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br>    Plaintiff,<br> v.<br>ICANN, LLC,<br>    Defendant. | Case No. 21-cv-08024-JST<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Andres Gomez served his complaint on Defendant ICANN, LLC in this case on December 9, 2021. ECF No. 11. Under General Order 56, the parties were required to complete a joint site inspection by February 7, 2022. The parties have not complied with that deadline.

The Court notes that it has already been frequently required to address Plaintiff's counsel's failure to comply with the Court's deadlines. *See, e.g., Johnson v. Silvercreek Yuba I, LLC*, Case No. 21-cv-05907; *Johnson v. Gamba*, Case No. 21-cv-06708; *Whitaker v. Sugarman*, Case No. 21-cv-07308; *Johnson v. T&V Investment, Inc.*, Case No. 21-cv-09162.

The parties are ordered to show cause in writing by May 24, 2022, as to why sanctions should not be imposed for failure to comply with the Court's orders. *See* Civ. L.R. 1-4; *Wang v. Nevada Sys. of Higher Educ.*, No. 3:18-CV-00075-MMD(CLB), 2022 WL 95428, at *4 (D. Nev. Jan. 10, 2022) ("Federal courts have the inherent power to punish conduct which abuses the judicial process, including accessing attorneys' fees when a party has 'acted in bad faith, vexatiously, wantonly, or for oppressive reasons.'" (quoting *Chambers v. NSDCO, Inc.*, 501 U.S. 32, 45-46 (1991)).

/ / /

/ / /

The Court will conduct a show cause hearing on June 7, 2022, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 12, 2022



JON S. TIGAR
United States District Judge